**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kenneth Bronson HUGHES, a/k/a
Andrew Alfonso Skeeter,
Defendant—Appellant.**

No. 08–8098.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 16, 2009.

Kenneth Bronson Hughes, Appellant Pro Se. Ronald Andrew Bassford, Donald Ray Wolthuis, Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Bronson Hughes appeals the district court's order granting relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and its order denying relief on Hughes' subsequently filed § 3582(c)(2) motion. We find no reversible error and we thus affirm both orders for the reasons stated by the district court. *United States v. Hughes,* No. 6:02–cr–70105–nkm–2 (W.D.Va. Sept. 2 & 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*